AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHIZUKO MITA, et al.,

                Plaintiffs,

            v.

GUARDSMARK, LLC, et al.

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-129-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed without prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
| February 9, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |